**UNITED STATES of America, Plaintiff-Appellee**

v.

**Jesus Jose GASCA, Defendant-Appellant**

**No. 16-40189**

**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed May 26, 2017

---

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before BENAVIDES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Jesus Jose Gasca appeals the sentence of 42 months of imprisonment imposed following his guilty-plea conviction of illegal reentry into the United States following his deportation. *See* 8 U.S.C. § 1326(a), (b). According to Gasca, the district court erred in treating his 2004 conviction under Texas Penal Code § 30.02 as a crime of violence because, under *Mathis v. United States*, — U.S. —, 136 S.Ct. 2243, 195 L.Ed.2d 604 (2016), § 30.02 is indivisible and not categorically a crime of violence for purposes of U.S.S.G. § § 2L1.2(b)(1)(A)(ii). We review the district court's interpretation or application of the Sentencing Guidelines de novo. *United States v. Cisneros-Gutierrez*, 517 F.3d 751, 764 (5th Cir. 2008).

The Texas burglary statute, § 30.02(a) has three subsections, and we have held that an offense under § 30.02(a)(1) qualifies as generic burglary. *See United States v. Conde-Castaneda*, 753 F.3d 172, 176 (5th Cir. 2014). Moreover, § 30.02(a) is divisible and therefore amenable to the modified categorical analysis. *Conde-Castaneda*, 753 F.3d at 176. In *United States v. Uribe*, 838 F.3d 667, 669-71 (5th Cir. 2016), *cert. denied*, — U.S. —, 137 S.Ct. 1359, 197 L.Ed.2d 542 (2017), we affirmed the continuing viability of *Conde-Castaneda* after *Mathis*. Gasca's arguments are therefore unavailing. *See id.* The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

